# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MEGAN ROSE RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RINGLING COLLEGE OF ART AND DESIGN, INC., <br><br> Defendant. | Case No. 8:22-cv-1684-CEH-MRM |

## NOTICE OF FILING UNREDACTED COPY OF COMPLAINT

Defendant, Ringling College of Art and Design, Inc., by and through undersigned counsel, hereby files an unredacted copy of the Complaint.

DATED this 27th day of July, 2022

        Respectfully submitted,

        *s/ Mendy Halberstam*
        Mendy Halberstam, Esq.
        Florida Bar No. 68999
        Email: mendy.halberstam@jacksonlewis.com
        Allison Gluvna Folk, Esq.
        Florida Bar No. 041075
        Email: allison.folk@jacksonlewis.com
        JACKSON LEWIS P.C.
        2 S. Biscayne Blvd, Suite 350
        Miami, FL 33131
        Tel: (305) 577-7600
        Fax: (305) 373-4466

        and

        B. Tyler White, Esq.
        Florida Bar No. 038213
        Email: tyler.white@jacksonlewis.com
        Todd R. Dobry, Esq.
        Florida Bar No. 109081
        Email: todd.dobry@jacksonlewis.com
        Catherine E. Barton
        Florida Bar No. 1032071
        Email: cate.barton@jacksonlewis.com
        JACKSON LEWIS P.C.
        501 Riverside Avenue, Suite 902
        Jacksonville, FL 32202
        P 904-638-2655

        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2022, a true and correct copy of the foregoing was filed using the CM/ECF System which will automatically give notice to: Starlett M. Massey, Esq. (smassey@masseylawgrouppa.com; service@masseylawgrouppa.com).

        */s/ Mendy Halberstam*
        Mendy Halberstam, Esq.
        Florida Bar No. 68999
        Email: mendy.halberstam@jacksonlewis.com
        JACKSON LEWIS P.C.
        2 S. Biscayne Blvd, Suite 350
        Miami, FL 33131
        Tel: (305) 577-7600
        Fax: (305) 373-4466

        *Counsel for Defendant*