UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEGAN ROSE RUIZ, LAUREN WILSON, LYRA WILSON, CAITLIN HENNING, NICKOLAS BERGER, ROXEANNE ZINSSER, DYLAN BONNER and BRYAN PAUL PATTERSON,

    Plaintiffs,

v.   Case No: 8:22-cv-1684-CEH-MRM

RINGLING COLLEGE OF ART AND DESIGN, INC.,

    Defendant.

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion to Stay the Case Pending Resolution of Defendant's Motion to Dismiss and to Sever (Doc. 18). Defendant requests that the Court stay discovery and other case deadlines, except for briefing-related deadlines, pending the resolution of its Motion to Dismiss and to Sever (Doc. 17). Plaintiffs do not oppose the stay.

Upon review and consideration, the Court finds that good cause supports Defendant's unopposed request to stay discovery and other case deadlines.

Accordingly, it is **ORDERED**:

1) Defendant's Unopposed Motion to Stay the Case Pending Resolution of Defendant's Motion to Dismiss and to Sever (Doc. 18) is **GRANTED**.

2) Discovery and other case deadlines, other than briefing-related deadlines, are **STAYED**.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties